UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB -4 P 2: 28

U.S. DISTRICT COURT

RAUL AVILA,

    Plaintiff,

v.     CASE NO. 3:02CV00851(RNC)

ROBIN KROOGMAN, ET AL.

    Defendants.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct final pretrial conference and settlement conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___ A ruling on the following pending motions (orefm.): _____

_____

_____

So ordered.

Dated at Hartford, Connecticut this _4_ day of February 2005.

                Robert N. Chatigny
            United States District Judge