UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RAUL AVILA** | : | **NO. 3:02CV00851 (RNC)** |
| **Plaintiff** | | |
| **VS.** | : | |
| **ROBIN KROOGMAN, ET AL.** | : | **FEBRUARY 9, 2005** |
| **Defendants** | | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**All the defendants**

February 9, 2005                    /s/_____
*Date*                                        *Signature*

                                        Rodger W. Lehr, Jr._____
                                        *Print Name*
                                        Deputy Corporation Counsel

                                        165 Church Street, 4th Floor
                                        New Haven, CT 06510_____
                                        *Mailing Address*

                                        (203) 946-7964_____
                                        *Phone Number*

                                        (203) 946-7942_____
                                        *Fax Number*

                                        rlehr@newhavenct.net_____
                                        *Email Address*

                                        ct007208_____
                                        *Federal Bar Number*

Certificate of Service

      I, Rodger W. Lehr, Jr., hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on February 9, 2005:

Law Offices of Williams & Pattis
51 Elm Street, 4th Floor
New Haven, CT 06510

Rene Gerard Martineau
Del Sole & Del Sole, L.L.P.
46 South Whittlesey Avenue
Wallingford, CT 06492

                                            /s/_____
                                            Rodger W. Lehr, Jr.