UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAUL AVILA | : | |
| | : | |
| VS. | : | NO. 3:02CV851(RNC) |
| | : | |
| ROBIN KROOGMAN, | : | |
| JOSEPH WITKOWSKI and | : | |
| MICHAEL ILLINGWORTH | : | MARCH 6, 2005 |

## MOTION TO SUBSTITUTE DEFENDANT

The plaintiff moves to substitute for the defendant Robin Kroogman the

**Estate of Robin Kroogman**, as the defendant Robin Kroogman has died.

       THE PLAINTIFF


    BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX: 203/776-9494
      E-Mail: jrw@johnrwilliams.com
      His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Rodger W. Lehr, Jr., Esq., Deputy Corporation Counsel, 165 Church Street, 4th Floor, New Haven, CT 06510.

_____
JOHN R. WILLIAMS