UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAUL AVILA | : |
| VS. | : NO. 3:02CV851(RNC) |
| ROBIN KROOGMAN, JOSEPH WITKOWSKI and MICHAEL ILLINGWORTH | : MARCH 6, 2005 |

### MOTION TO SUBSTITUTE DEFENDANT

The plaintiff moves to substitute for the defendant Robin Kroogman the **Estate of Robin Kroogman**, as the defendant Robin Kroogman has died.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

March 11, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.