**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RAUL AVILA** | : | **NO. 3:02CV00851 (RNC)** |
| **Plaintiff** | | |
| **VS.** | : | |
| **ROBIN KROOGMAN, ET AL.** | : | **APRIL 12, 2005** |
| **Defendants** | | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**Estate of Robin Kroogman**

April 12, 2005 /s/_____
*Date*              *Signature*

                    Rodger W. Lehr, Jr._____
                    *Print Name*
                    Deputy Corporation Counsel

                    165 Church Street, 4th Floor
                    New Haven, CT 06510_____
                    *Mailing Address*

                    (203) 946-7964_____
                    *Phone Number*

                    (203) 946-7942_____
                    *Fax Number*

                    rlehr@newhavenct.net_____
                    *Email Address*

                    ct007208_____
                    *Federal Bar Number*

Certificate of Service

I, Rodger W. Lehr, Jr., hereby certify that I have served the foregoing by causing a copy to be MAILED, POSTAGE PREPAID, to all counsel and pro se parties of record on April 12, 2005:

Law Offices of Williams & Pattis
51 Elm Street, 4th Floor
New Haven, CT 06510

Rene Gerard Martineau
Del Sole & Del Sole, L.L.P.
46 South Whittlesey Avenue
Wallingford, CT 06492

/s/_____
Rodger W. Lehr, Jr.