# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

Raul Avila
v.
Estate of Robin Kroogman,
   et al.

CASE NUMBER: 3:02cv 651 (RNC)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

_____

5.4.05
**Date**

ct 13120
**Connecticut Federal Bar Number**

203.393.3017
**Telephone Number**

203.393.9745
**Fax Number**

napatty@aol.com
**E-mail address**

_____ (signature)
**Signature**

Norman A. Pattis
**Print Clearly or Type Name**

649 Amity Road
**Address**

Bethany CT 06524

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Rodger Lehr
165 Church St
New Haven, CT  06510

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance frm.Jan.24