UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAUL AVILA,

    Plaintiff,

V.  :  CASE NO. 3:02CV851 (RNC)

ROBIN KROOGMAN, ET AL.,

    Defendants.

### ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Warren W. Eginton. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:02CV851 (WWE). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7(a).

So ordered.

Dated at Hartford, Connecticut this 7 day of September 2005.

    Robert N. Chatigny
    United States District Judge