UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **AVILA,** | : | 3:02CV851 |
| | : | |
| **v.** | : | |
| | : | |
| **KROOGMAN** | : | |

**PRETRIAL ORDER**

This case is scheduled to begin trial on **January 23, 2006.** Jury selection will occur on **January 17, 2006.** By **January 4, 2006,** each party shall exchange and file with the Court in **duplicate,** Trial Memoranda which shall contain the following information:

1) Brief summary of case
2) Proposed Voir Dire
3) List of Witnesses
4) List of Exhibits
5) Deposition designations and cross-designations.
6) Proposed **Jury instructions** and **Interrogatories** for

Special Verdict forms (please include on disk Wordperfect 10).

Dated this 16th of November, 2005 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge