**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RAUL AVILA** | : | **NO. 3:02CV00851 (WWE)** |
| Plaintiff | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **ROBIN KROOGMAN, ET AL.** | : | **DECEMBER 22, 2005** |
| Defendants | | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

**All the defendants**

December 22, 2005      /s/_____
Date                                         Signature

Michael A. Wolak, III_____
*Print Name*

165 Church Street, 4th Floor
New Haven, CT 06510_____
*Mailing Address*

(203) 946-7964_____
*Phone Number*

(203) 946-7942_____
*Fax Number*

Mwolak@newhavenct.net_____
*Email Address*

Ct12681_____
*Federal Bar Number*

## **CERTIFICATE OF SERVICE**

      I, Michael A. Wolak, III, hereby certify that I have served the foregoing by causing a copy to be mailed, postage prepaid, to all counsel and pro se parties of record on December 22, 2005:

Attorney Norman Pattis
649 Amity Road
P.O. Box 280
Bethany, CT  06524

Attorney John Williams
51 Elm Street, Suite 409
New Haven, CT 06510

Attorney Rene Gerard Martineau
Del Sole & Del Sole, L.L.P.
46 South Whittlesey Avenue
Wallingford, CT 06492

                                                          /s/_____
                                                              Michael A. Wolak, III