## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**RAUL AVILA**

**VS.**                                        **CASE NO.:  3:02CV00851(WWE)**

**ROBIN KROOGMAN, ET AL.**              **JANUARY 23, 2006**

### <u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D.Conn.L.Civ.R. 56, the defendants, who are sued in their individual capacities only, move for summary judgment in the above captioned case.  Defendants  claim that there is no genuine dispute as to any of the material facts that would show that plaintiff's First Amendment right to freedom of speech was not violated, that plaintiff was not arrested, seized, detained or restrained in violation of the Fourth Amendment, that plaintiff was not subject to unreasonable force in violation of the Fourth Amendment, and that plaintiff's substantive due process rights under the Fourteenth Amendment were not violated.  Defendants are entitled to qualified immunity from suit for the acts alleged to have been committed by them in violation of federal law because they were acting within the scope of their duties under law and their acts were reasonable and did not violate clearly established statutory or constitutional rights of the plaintiff of which a reasonable person would have known.  Defendant Kroogman is entitled to absolute legislature immunity because she was a local legislature and her actions were taken in the sphere of legitimate legislative activity.  If the

**ORAL ARGUMENT REQUESTED**

Court disposes of the plaintiff's federal law claims, then it should refuse to exercise supplemental jurisdiction over any state law claims made by the plaintiff against the defendants.  In the alternative, there is no genuine issue of material fact as to the inability of the plaintiff to show that he can prove the elements of his state law claims, or that the defendants would not be entitled to state law qualified immunity.

Defendants have annexed to this motion their Local Rule 56(a)1 Statement which has attached to it the following materials: plaintiff's Complaint,  the transcription of the tape recordings of the Community Development Committee public meeting held on May 9, 2002 with an Affidavit of Shirley Dixon, the individual who did the transcribing,   of the transcript of plaintiff's deposition, the Affidavit of Joseph Witkowski and the Affidavit of Michael Illingworth.    The defendants also are filing a Memorandum of Law in support of this summary judgment motion.

THE DEFENDANTS,


/s/: _____

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510
Telephone:  (203) 946-7970
Facsimile:  (203) 946-7942
Mwolak@newhavenct.net
Fed. Bar #ct12681
Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was either faxed, hand delivered and/or mailed, postage prepaid, on January 23, 2006, to the following counsel of record:

Norman A. Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT  06524


/s/_____
          Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D023\P003\00015849.DOC