## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**RAUL AVILA**                    :        **CASE NO.:  3:02-cv-00851 (WWE)**
                                 :
**VS.**                            :
                                 :
**ROBIN KROOGMAN, ET AL**          :        **JANUARY 20, 2006**

### <u>AFFIDAVIT OF SHIRLEY DIXON</u>

I, Shirley Dixon, being duly sworn, depose and say:

1.      I am over the age of eighteen;

2.      I believe in the obligation of an oath;

3.      I have personal knowledge of the matters to which reference is made herein;

4.      I prepared the attached transcription of the meeting of the Community Development Committee of the Board of Aldermen of the City of New Haven that was held on May 9, 2002.

5.      The transcription was prepared from the tape recordings of said meeting, and that said transcription is a true, correct and accurate representation of what was on those tape recordings.

_____
Shirley Dixon

Subscribed and sworn to before me this        day of January, 2006.


_____
Notary Public
Commissioner of the Superior Court

J:\CYCOM32\WPDOCS\D019\P003\00015814.DOC