UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAUL AVILA | : |
| | : |
| VS. | : 3:02cv851 (WWE) |
| | : |
| ROBIN KROOGMAN, | : |
| JOSEPH WITKOWSKI and | : |
| MICHAEL ILLINGWORTH | : DECEMBER 24, 2005 |

### PLAINTIFF'S AMENDMENT TO PRE-TRIAL ORDER

The plaintiff herewith requests permission to add one witness to the list of witnesses disclosed on his August 4, 2003, pre-trial order. The undersigned has obtained the consent of his adversary to disclose this witness at this time, and the parties have agreed that should the defendants wish to take this witness' deposition, the plaintiff will not object.

The witness is New Haven Alderman Kevin Diaz. He will testify about remarks made by Robin Kroogman and his testimony is expected to last .25 hours.

THE PLAINTIFF

By _____
Norman A. Pattis
51 Elm St., Suite 409
New Haven, CT 06510
203.562.9931
203.776.9494 (facsimile)
Ct13120

## CERTIFICATION

The foregoing was mailed first-class mail to Attorney Michael Wolak., 165 Church St., 4th Floor, New Haven, CT 06510.

_____
NORMAN A. PATTIS