UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Raul Avila

       v.                                          3:02CV851(WWE)

Robin Kroogman,
Joseph Witkowski and
Michael Illingworth

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 27, 2006 entered a Ruling on Defendants' Motion for Summary Judgment granting the motion. The Court declined to exercise supplemental jurisdiction pursuant to 28 U.S.C. 1367(c)(3) over the plaintiff's claim of emotional distress.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of January, 2006.

                                        KEVIN F. ROWE, Clerk

                                        By   /s/ Deborah A. Candee
                                               Deputy Clerk

Entered on Docket _____