UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAUL AVILA | : | APPEARANCE |
| VS. | : | NO. 3:02CV851(WWE) |
| ROBIN KROOGMAN, JOSEPH WITKOWSKI and MICHAEL ILLINGWORTH | : | JANUARY 26, 2006 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: RAUL AVILA

January 26, 2006
Date

*[signature]*
Signature

ct25759
Connecticut Bar Number

Kim Coleman Waisonovitz
Print Clearly or Type Name

203-393-9745
Fax Number

649 Amity Road, P.O. Box 280
Address

kwaisonovitz@sbcglobal.net
E-mail address

Bethany, CT 06524-0280

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on 1/26/2006 to the following:

Michael Wolak, Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

_____
KIM COLEMAN WAISONOVITZ