

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAUL AVILA | : |
| VS. | : NO. 3:02CV851(WWE) |
| ROBIN KROOGMAN, JOSEPH WITKOWSKI and MICHAEL ILLINGWORTH | : JANUARY 26, 2006 |

## PLAINTIFF'S RULE 56 STATEMENT

**I.    As to the Defendants' Statement of Facts**

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit that police officers were present but deny the hearsay allegations as to why their presence was requested.

9. Admit.

10. Admit that there was a dispute about translation, but deny that this issue was the sole motivation for the dispute.

11. Admit that Kroogman asked the plaintiff to leave the meeting, but

deny that the sole motivation was because the plaintiff refused to translate.

12. Admit.

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Admit that the plaintiff and defendant Kroogman left the hearing room and returned together. Deny the speculation as to what they had apparently done while outside the hearing room.

18. Admit.

19. Admit that one of Avila's constituents agreed to translate. Deny that there was a resolution to a dispute.

20. Admit.

21. Admit.

22. Deny that Mr. Avila was not taken into custody, admit he was not charged with a crime.

23. Admit.

24. Admit.

## II. Plaintiff's Statement of Material Facts In Dispute

1. The plaintiff and defendant Kroogman often disagreed on issues of public concern, and the plaintiff's opposition to positions favored by defendant Kroogman took place in a manner and means in which it is reasonable to conclude that Defendant Kroogman knew

of the plaintiff's opposition. (Avila affidavit, p.   )[1]

2. At the time the plaintiff was approached by the defendant police officers he did not feel he was free to leave or otherwise to do resist their commands except as a matter of civil disobedience. (Avila affidavit, p.   )[2]

THE PLAINTIFF

BY: _____
NORMAN A. PATTIS (ct13120)
649 Amity Road
Bethany, CT 06524
203.393.3017
FAX: 203.393.9745
e-mail: napatty1@aol.com
His Attorney

---

[1] The plaintiff did not receive a copy of the defendants' motion for summary judgment until January 24, 2006. Counsel for the plaintiff was unable to meet with his client on January 25, 2006, when this brief was written. On January 26 and January 27, 2006, the undersigned is expected to be in Boston and away from the office. The undersigned has spoken to his adversary in this matter and obtained his consent to present these facts with an unsworn affidavit for purposes of this motion only, with the understanding that an affidavit would be provided. The parties have agreed to proceed in this manner so that the court would have time to consider the issues framed by the pleadings with sufficient time to determine whether the jury, which was picked on January 17, 2006, still need report on January 30, 2006 for evidence.

[2] Supra.

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Michael Wolak, Assistant Corporation Counsel, 165 Church Street, 4th Floor, New Haven, CT 06510.

_____
NORMAN A. PATTIS