UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAUL AVILA              :

VS.                     :           NO. 3:02CV851(WWE)

ROBIN KROOGMAN,         :
JOSEPH WITKOWSKI and    :
MICHAEL ILLINGWORTH     :           JANUARY 26, 2006

## SUPPLEMENTAL PLAINTIFF'S STATEMENT OF FACTS

3. There was another alderman seated at the same table at which defendant Kroogman and I were seated who had translated only moments before I was asked to translate. That translator's name was Mr. Candaleria, and he had translated from Spanish to English, the same language I was asked to translate. (Avila Affidavit, para.   )

4. Mr. Avila did not translate as requested as he believed it was a conflict for him to serve two roles at the meeting, that of translator and that of representative of his constituents. Additionally, he thought a translator should be provided by the city at meetings at which Spanish is spoken. (Avila Affiavit, para.   )

5. Constituents of Mr. Avila's were present at the committee meeting and witnessed his seizure. (Avila Affidavit, para.   )

6. Mr. Avila suffered extreme emotional distress as a result of this public humiliation and this distress was among the reasons he chose to leave public life. (Avila Affidavit, para.   )

1

THE PLAINTIFF

By _____
NORMAN A. PATTIS
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745 (fax)
ct13120

## CERTIFICATION

The foregoing was mailed this 26th day of January 2006 to Michael Wolak, 165 Church Street, New Haven, CT 06510.

_____
NORMAN A. PATTIS