UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAUL AVILA | : | |
| | : | |
| VS. | : | 3:02cv851 (WWE) |
| | : | |
| ROBIN KROOGMAN, | : | |
| JOSEPH WITKOWSKI and | : | |
| MICHAEL ILLINGWORTH | : | MARCH 1, 2006 |

## **PLAINTIFF'S NOTICE OF APPEAL**

The Plaintiff, Raul Avila, herewith files notice of his intent to appeal the ruling of the trial court granting summary judgement in this case. Judgment entered on January 30, 2006.

THE PLAINTIFF

By_____
        Norman A. Pattis
        51 Elm St., Suite 409
        New Haven, CT 06510
        203.562.9931
        203.776.9494 (facsimile)
        Ct13120

## **CERTIFICATION**

    The foregoing was mailed first-class mail to Attorney Michael Wolak., 165 Church St., 4th Floor, New Haven, CT 06510.


_____
NORMAN A. PATTIS