UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAUL AVILA | : | |
| | : | USDC No. 3:02-CV-00851 (WWE) |
| | : | |
| v. | : | USCA No. 06-1131-CV |
| | : | |
| ESTATE OF ROBIN KROOMAN, ETAL | : | MAY 30, 2006 |

**INDEX TO THE RECORD ON APPEAL**

| Date Filed | Court Document No. | Document Name | Document No. |
|---|---|---|---|
| 516/02 | 1 | Complaint | 1 |
| 12/12/02 | 13 | Answer | 2 |
| 1/23/06 | 40 | Motion for Summary Judgment<br>Attachments:<br>#1 Memorandum in Support<br>#2 Local Rule 56(a)(1)<br>#3 Affidavit of Shirley Dixon<br>#4 Affidavit of Joseph Witkowski<br>#5 Affidavit of Michael Illingworth | 3 |
| 1/27/06 | 42 | Ruling Granting Motion for Summary Judgment | 4 |
| 1/27/06 | 45 | Memorandum in Opposition to Motion to Summary Judgment<br>Attachments<br>#1 Statement of Material Facts<br>#2 Supplemental Statement of Material Facts | 5 |
| 1/30/06 | 43 | Judgment | 6 |
| 3/1/06 | 46 | Notice of Appeal | 7 |
| | | Docket Sheet | 8 |
| | | Clerk's Certificate | 9 |