

Connecticut/New Haven
02-cv-851
Eginton
Martinez

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 0.23 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of March, two thousand seven.

PRESENT: HON. DENNIS JACOBS,
　　　　　　　　　　　　　　**Chief Judge**,
　　　　　　HON. PIERRE N. LEVAL,
　　　　　　HON. SONIA SOTOMAYOR,
　　　　　　　　　　　　　　**Circuit Judges**.

- - - - - - - - - - - - - - - - - - - -X
RAUL AVILA,
　　**Plaintiff-Appellant**,

　　　-v.-　　　　　　　　　　　　　　　　06-1131-cv

JOSEPH WITKOWSKI, MICHAEL ILLINGWORTH,
　　**Defendants**,

ESTATE OF ROBIN KROOGMAN,
　　**Defendant-Appellee**.
- - - - - - - - - - - - - - - - - - - -X

APPEARING FOR APPELLANT:　　KIM COLEMAN WAISONOVITZ,
　　　　　　　　　　　　　　　　Bethany, Connecticut.

APPEARING FOR APPELLEE:　　MICHAEL WOLAK, III, Office of
　　　　　　　　　　　　　　　　Corporation Counsel, New Haven,
　　　　　　　　　　　　　　　　Connecticut.

UNITED STATES COURT OF APPEALS
FILED
MAR -2 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Case 3:02-cv-00851-WWE　Document 49　Filed 04/02/2007　Page 1 of 2

Appeal from a judgment of the United States District
Court for the District of Connecticut (Eginton, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED
AND DECREED** that the judgment of the district court be
**AFFIRMED.**

This is an appeal from an order of the District Court
for the District of Connecticut (Eginton, J.), granting
summary judgment in favor of the Estate of Robin Kroogman.
We assume the parties' familiarity with the underlying
facts, the procedural history, and the issues presented for
review.

A grant of summary judgment is reviewed de novo.  Beth
Israel Med. Ctr. v. Horizon Blue Cross and Blue Shield of
New Jersey, Inc., 448 F.3d 573, 579 (2d Cir. 2006).
"[S]ummary judgment is appropriate where there exists no
genuine issue of material fact and, based on the undisputed
facts, the moving party is entitled to judgment as a matter
of law."  Id. (internal quotation marks omitted).

The district court concluded that the claim against
Kroogman was barred by legislative immunity.  We agree.
"Local legislators, like their counterparts on the state and
regional levels, are entitled to absolute immunity for their
legislative activities."  Almonte v. City of Long Beach, __
F.3d __, 2007 WL 466250, at *4 (2d Cir. Feb. 14, 2007).
This immunity "is not limited to the casting of a vote on a
resolution or bill; it covers all aspects of the legislative
process, including the discussions held . . . regarding a
legislative matter in anticipation of a formal vote."  Id.
The actions complained of were part of the administration of
a legislative committee's "deliberative and communicative
processes."  Eastland v. U.S. Servicemen's Fund, 421 U.S.
491, 503-04 (1975) (internal quotation marks omitted).

We have considered all of Avila's remaining arguments
and find them to be without merit.  The judgment of the
district court is hereby **AFFIRMED.**

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by [signature]

DEPUTY CLERK

FOR THE COURT:
THOMAS ASREEN, ACTING CLERK

By: [signature]
Lucille Carr, Deputy Clerk

2